**\*\*E-filed 2/11/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | No. C 10-1655 RS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SUPERSWIM CORP., | |
| Defendant. | |
| _____/ | |

      This action originated as part of a complaint against numerous defendants that was instituted as Case No. 09-6083 RS, but subsequently severed into separate proceedings for each defendant. Plaintiff filed a proof of service as to defendant Super Swim Corp. prior to the severance. Super Swim, however, has made no appearance, either prior to or after the severance. No case management conference statement was filed herein by either party. Although plaintiffs' counsel was present when the case management conference was scheduled to be held in this action in conjunction with those in the other severed actions, there was no appearance by defendant, and this action was not specifically mentioned during those proceedings.

Accordingly, no later than February 28, 2011, plaintiff shall either apply for entry of default against Super Swim if doing so is warranted, or shall file a declaration showing cause why this matter should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

Dated: 2/11/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2