*E-Filed 4/7/11*

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
           blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Super Swim Corp.<br><br>　　　　　Defendant | Case No. 5:10-cv-01655-RS-HRL<br><br>**[Proposed] Order Granting Administrative Motion to Continue Hearing** |

　　Now before the court is Plaintiff's Administrative Motion to Continue Hearing on Motion For Entry Of Judgment Against Super Swim Corp.  For good cause, the motion is GRANTED.  The hearing on Plaintiff's Motion For Entry Of Judgment Against Super Swim Corp. is continued to April 21, 2011 at 1:30pm.

Date: ___4/7/11_____        _____

　　　　　　　　　　　　　　　　　　　　Richard Seeborg, U.S. District Judge